1022

*In the Matter of the Detention of* JEFFREY L. LIPTRAP.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY L. LIPTRAP, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-09235-0, Ronald L. Castleberry, J., entered December 11, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAY STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09120-0, Steven C. Gonzalez, J., entered December 12, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL CLYDE ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-12478-9, Michael Heavey, J., entered January 14, 2008. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. D.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-00177-0, LeRoy McCullough, J., entered February 22, 2008. *Reversed* by unpublished per curiam opinion.